# EXHIBIT E

# Reid, Mitch

| | |
|---|---|
| **From:** | John Mastriani <service@mastrianilaw.com> |
| **Sent:** | Friday, December 16, 2016 4:26 PM |
| **To:** | Reid, Mitch |
| **Subject:** | Cause No. 2016-61961; Experience Infusion Center, LLC v. Aetna; 334th Judicial District of Harris County, Texas |
| **Attachments:** | Plaintiff's Amended Petition and Request for Disclosure.pdf |

Mr. Reid:

Please see attached.