# EXHIBIT F

# Harris County Docket Sheet

# 2016-61961

**COURT:** 334th
**FILED DATE:** 9/14/2016
**CASE TYPE:** Debt/Contract - Debt/Contract



### EXPERIENCE INFUSION CENTER LLC

Attorney: MASTRIANI, JOHN VICTOR

**vs.**

### TEXAS HEALTH + AETNA INSURANCE HOLDING COMPANY LLC

Attorney: REID, MITCHELL ALLAN

## Trial Settings

| Date | Comment |
|---|---|
| 12/11/2017 | Docket Set For: Trial Setting |

## Docket Sheet Entries

| Date | Comment |
|---|---|

STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this

1-6-17

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy