# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXPERIENCE INFUSION CENTER, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:17-cv-00034 |
| TEXAS HEALTH + AETNA INSURANCE HOLDING COMPANY, LLC & AETNA LIFE INSURANCE COMPANY | § § § § § | |
| Defendants. | § | |

INDEX OF DOCUMENTS
BEING FILED WITH THE NOTICE OF REMOVAL

Civil Cover Sheet

| **Exhibits to the Notice of Removal** | **Exhibit** | **Filing Date** |
|---|---|---|
| Plaintiff's Original Petition and Request for Disclosure | A | 9/14/2016 |
| Original Answer filed by Texas Health + Aetna Health Insurance Holding Company, LLC | B | 10/21/2016 |
| Special Exceptions to Plaintiff's Original Petition filed by Texas Health + Aetna Health Insurance Holding Company, LLC | C | 10/28/2016 |
| Plaintiff's Amended Petition and Request for Disclosure | D | 12/16/2016 |
| Email to counsel for Aetna serving Plaintiff's Amended Petition and Request for Disclosure | E | 12/16/2016 |
| State Court Docket Sheet | F | n/a |
| Index of Matters Being Filed With the Notice of Removal | G | n/a |
| List of Counsel of Record | H | n/a |
| Notice of Removal of State Court Action | I | 01/06/2017 |

HOU:3721067.1