# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXPERIENCE INFUSION CENTER, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:17-cv-00034 |
| TEXAS HEALTH + AETNA INSURANCE HOLDING COMPANY, LLC, & AETNA LIFE INSURANCE COMPANY | § § § § | |
| Defendants. | § § | |

## LIST OF COUNSEL OF RECORD

| Party and Party Type | Attorney(s) |
|---|---|
| Experience Infusion Center, LLC,<br><br>*Plaintiff* | John V. Mastriani<br>State Bar No. 13184375<br>Christopher M. Thornhill<br>State Bar No. 24059030<br>The Mastriani Law Firm<br>P.O. Box 460174<br>Houston, Texas 77056<br>Telephone: (713) 665-1777 |
| Texas Health + Aetna Health Insurance Holding Company, LLC and Aetna Life Insurance Company<br><br>*Defendants* | John B. Shely<br>State Bar No. 18215300<br>SDOT No. 7544<br>*jshely@andrewskurth.com*<br>Dimitri Zgourides<br>State Bar No. 00785309<br>SDOT No. 16513<br>*dzgourides@andrewskurth.com*<br>Mitchell A. Reid<br>State Bar No. 24037346<br>SDOT No. 34728<br>*mreid@andrewskurth.com*<br>Andrews Kurth Kenyon LLP<br>600 Travis Street, Suite 4200<br>Houston, Texas 77002<br>Telephone:  (713) 220-4200 |