# EXHIBIT I

## CAUSE NO. 2016-61961

| | | |
|---|---|---|
| **EXPERIENCE INFUSION CENTER, LLC,** | § § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § § § | |
| **V.** | § § § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **TEXAS HEALTH + AETNA INSURANCE HOLDING COMPANY, LLC & AETNA LIFE INSURANCE COMPANY** | § § § § | |
| **Defendants.** | § | **334TH JUDICIAL DISTRICT** |

### NOTICE OF REMOVAL OF STATE COURT ACTION

TO: Plaintiff Experience Infusion Center, LLC, by and through its attorneys of record, John V. Mastriani and Christopher M. Thornhill, The Mastriani Law Firm, P.O. Box 460174, Houston, Texas 77056.

You are hereby notified that on January 6, 2017, a Notice of Removal of Civil Action, a true and correct copy of which is attached hereto, was filed in the United States District Court for the Southern District of Texas, Houston Division. The Notice of Removal was filed in reference to Cause Number 2016-61961, *Experience Infusion Center, LLC v. Texas Health + Aetna Insurance Holding Company, LLC and Aetna Life Insurance Company*, then pending in the 334th Judicial District Court, Harris County, Texas.

-2-

        Respectfully submitted,

By: */s/ John B. Shely*
John B. Shely
State Bar No. 18215300
*jshely@andrewskurth.com*
Dimitri Zgourides
State Bar No. 00785309
*dzgourides@andrewskurth.com*
Mitchell A. Reid
State Bar No. 24037346
*mreid@andrewskurth.com*
ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Telecopier: (713) 220-4285

**ATTORNEYS FOR DEFENDANTS
TEXAS HEALTH + AETNA HEALTH
INSURANCE HOLDING COMPANY, LLC
AND AETNA LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, a true and correct copy of the foregoing document has been e-served on the following counsel of record, addressed as follows:

John V. Mastriani
Christopher M. Thornhill
THE MASTRIANI LAW FIRM
P.O. Box 460174
Houston, Texas 77056

        */s/ John B. Shely*
        John B. Shely