# EXHIBIT B

## AFFIDAVIT OF KAREN CHOTINER

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF HARRIS** | § |

BEFORE ME, the undersigned authority, personally appeared Karen Chotiner, known to me to be the person whose name is subscribed below and, after being duly sworn, upon her oath, did depose and state as follows:

1. My name is Karen Chotiner. I am over the age of 18, and am fully competent to make this affidavit. The statements contained in this affidavit are based on my personal knowledge and upon the business records of Aetna Life Insurance Company ("Aetna") and are true and correct.

2. I am a Network Vice President for Aetna. In that capacity, I am familiar with the business activities of Aetna.

3. Aetna performs certain claims administrative functions for various healthcare plans issued and/or administered by Aetna and its affiliates. Among the administrative functions undertaken by Aetna is the maintenance of networks of providers who agree to provide services to Aetna members in exchange for set fees. Aetna maintains a network of infusion therapy service providers in Harris, Chambers, and Galveston Counties, among other counties in the State of Texas.

4. Aetna's records reflect that there are over 500 providers who perform infusion services participating in Aetna's network in Harris, Galveston, and Chambers counties in Texas.

HOU:3834831.2

Further Affiant sayeth not.

_____
Karen Chotiner

SWORN TO AND SUBSCRIBED BEFORE ME this 30th day of October, 2017.

CLIFTON B. ABLE
My Notary ID # 124680703
Expires April 2, 2020

_____
Notary Public in and for
the State of Texas

2