United States District Court
Southern District of Texas
**ENTERED**
June 25, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EXPERIENCE INFUSION CENTER, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| AETNA LIFE INSURANCE COMPANY, | § § § | CIVIL ACTION NO. 4:17-cv-00034 |
| Defendant. | § § § § | |

## AGREED FINAL JUDGMENT

The Stipulation of Dismissal came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all claims and causes of action asserted by Plaintiff Experience Infusion Center, LLC ("Plaintiff") should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

Therefore, it is ORDERED that all of Plaintiff's claims and causes of action asserted in this lawsuit are dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the parties incurring the same.

_Lee H. Rosenthal_
UNITED STATES DISTRICT JUDGE

June 24, 2019